AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

JAMES D. OFELDT,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:  3:10-cv-00672-ECR-RAM

NEVADA, STATE OF, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff's second amended complaint [14] is DISMISSED WITH PREJUDICE for failure to state of claim for which relief may be granted.

| March 14, 2011 | **LANCE S. WILSON** |
|---|---|
| Date | Clerk |

      /s/   M. Campbell
      Deputy Clerk